IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**PAULINE ATKINS**                                                                 **PLAINTIFF**

V.                          **CASE NO.: 5:18-CV-5164**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**[1]                                  **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 19) filed in this case on September 6, 2019, by the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 23rd day of September, 2019.

                                                        /s/ Timothy L. Brooks
                                                        TIMOTHY L. BROOKS
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Andrew M. Saul has been appointed to serve as Commissioner of Social Security and is substituted as Defendant pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.